## Killian *v.* Catanese, Appellant.

Argued November 16, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

596

*Robert C. Duffy,* with him *Francis Logan,* for appellants.

*John Edward Sheridan,* for appellee.

OPINION PER CURIAM, January 4, 1954:
The judgment of the court below is affirmed on the opinion of Judge EDWIN O. LEWIS.